No. 94–6483.  EINSPAHR v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94–6489.  GOETSCH v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 94–6496.  JACKSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–6497.  KENNEDY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–6499.  SONAGERE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–6504.  CALVILLO v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–6505.  CHAVEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–6508.  TANGEMAN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 94–5610.  PORTER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Motion of petitioner for leave to file an amendment to petition for writ of certiorari granted.  Certiorari denied.

No. 94–6331.  WADLINGTON v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.